# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON PRICE,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01312-BAM (PC)<br><br>ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

Plaintiff Ronald J. Carroll ("Plaintiff") is a civil detainee appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff initiated this action on October 2, 2017. Plaintiff has neither paid the $400.00 filing fee nor submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff an application to proceed in forma pauperis for a **non-prisoner**;

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis for a non-prisoner, or in the

1

alternative, pay the $400.00 filing fee for this action; and

    3. **<u>Failure to comply with this order will result in dismissal of this action.</u>**

IT IS SO ORDERED.

   Dated:   **October 3, 2017**           /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE